# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 20-CR-06007-DGK-05 |
| JOHN JASON VAILS, ) | |
| Defendant. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On October 21, 2021, the Honorable W. Brian Gaddy, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation (ECF No. 114), recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of conspiracy to advertise child pornography in violation of 18 U.S.C. § 2251(d) and (e), which is Count One of the Second Superseding Indictment.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). In light of the evidence in the record and the lack of objection from either party, the Court adopts the Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of conspiracy to advertise child pornography. Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

Date: November 29, 2021

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT